United States District Court
Southern District of Texas
FILED

NOV 1 9 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Criminal No. **M-19-2343** |
| TN: DOMINGO GONZALEZ HERNANDEZ | § | |
| AKA: **DOMINGO HERNANDEZ** | § | |
| jl(12/19/19) | § | |

AMENDED

**SEALED INDICTMENT**

**THE GRAND JURY CHARGES:**

From on or about September 2016 to on or about July 28, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

TN: DOMINGO GONZALEZ HERNANDEZ
AKA **DOMINGO HERNANDEZ** jl(12/19/19)

being a public official, that is, a Correctional Officer, at the East Hidalgo Detention Center, a correctional facility under contract with the United States Marshals Service to house federal inmates, did directly and indirectly, corruptly demand, seek, receive, accept, or agree to receive or accept anything of value, namely United States currency, a Chevrolet pickup truck, and a gift card, personally or for any other person or entity, in return for being influenced in the performance of an official act and being induced to do an act and omit to do an act in violation of his official duty, that is to bring contraband into the prison facility and distributing the contraband to federal inmates.

In violation of Title 18, United States Code, Section 201(b)(2)(C) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY


_____
ASSISTANT UNITED STATES ATTORNEY