116

| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>11/13/2019/aa | AMENDED<br>Criminal Docket |

McALLEN Division       CR. No. **M-19-2343**

**SEALED INDICTMENT** Filed: November 19, 2019    Judge: **RANDY CRANE**

County: Hidalgo
Lions #: **2019R30139**
UNITED STATES OF AMERICA

Attorneys:
RYAN K. PATRICK, UNITED STATES ATTORNEY
AMY L. GREENBAUM, ASST. U.S. ATTORNEY

v.
TN: DOMINGO GONZALEZ HERNANDEZ
AKA DOMINGO HERNANDEZ jl(12/19/19)

Ct. 1   David Gorena, Retained 956-381-5605

Charge(s):   Ct. 1:   Bribery: Public Official Accepting a Bribe
Title 18, United States Code, Section 201(b)(2)(C) and Title 18, United States Code, Section 2

Total Counts (1)

Penalty:   Ct. 1:   Imprisonment for not more than 15 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:   Office of Inspector General - Rose Medina - 2019-003409

Date                               Proceedings