United States District Court
Southern District of Texas
**ENTERED**
January 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-2343 |
| | § | |
| DOMINGO GONZALEZ HERNANDEZ; | § | |
| aka HERNANDEZ | § | |

## ORDER

Came on to be considered Defendant Domingo Gonzalez Hernandez's Motion To Modify Conditions of Bond [Doc. No. 18], and the Court having considered the same finds that said Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant's Motion To Modify Conditions of Bond is granted, and that the Defendant is herein allowed to travel outside of the Southern District of Texas for employment purposes.

SO ORDERED this 27th day of January, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge